# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JODY WALLACE**                                                                                     **PLAINTIFF**

V.                              No. 4:22-CV-00251-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                                      **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 2nd day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE