IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JODY WALLACE**                                                                 **PLAINTIFF**

V.                                   No. 4:22-CV-00251-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                    **DEFENDANT**

### ORDER

Pending before the Court is Plaintiff Jody Wallace's unopposed motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). *Doc. 20.* Plaintiff's attorney requests a total award of **$4,987.69.** The Court concludes that the requested sum is reasonable and Plaintiff is entitled to an award of attorney's fees under the EAJA.

Accordingly, Plaintiff's motion for attorney's fees, *Doc. 20*, is GRANTED. Plaintiff is awarded **$4,987.69** in attorney's fees under the EAJA.[1]

IT IS SO ORDERED this 17th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.